**FILED**

APR 0 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1  Arif A. Durrani
   Reg. No 09027-014
2  Federal Correctional Complex
   Victorville I
3  P.O. Box 5300
   Adelanto, CA 92301-5300
4

5        Case: 1:08-cv-00609
         Assigned To : Kollar-Kotelly, Colleen
6        Assign. Date : 4/9/2008
         Description: FOIA/Privacy Act
7

8              UNITED STATES DISTRICT COURT
9                  DISTRICT OF COLUMBIA

10 ARIF A. DURRANI                )    PETITION FOR DISCLOSURE
                                   )    OF ALL DOCUMENTS AND LOSS
11        Petitioner,             )    OF PROPERTY, ASSETS AND
                                   )    DAMAGES FOR WILLFUL ACTS
12        v.                      )    OF THE AGENCIES WITH ADVERSE
                                   )    AFFECT PURSUANT TO 5 U.S.C.
13 U.S. DEPARTMENT OF JUSTICE,    )    §552a/PRIVACY ACT
   U.S. DEPARTMENT OF STATE AND   )
14 DEPARTMENT OF HOMELAND SECURITY,)
                                   )
15        Respondents.            )
                                   )
16 _____)

17

18        Arif A. Durrani, Petitioner, (DURRANI), requests the

19 U.S. Dictrict Court, for an order for disclosure of all the

20 documents withheld under his Freedom of Information and Privacy

21 Act requests to the Respondents.

22                      JURISDICTION

23        This U.S. District Court has jurisdiction for this

24 action pursuant to 5 U.S.C. §552(a)(4)(B), and has jurisdiction

25 over the defendants, because the actions occurred within the

26 confines of this court.

27 //**RECEIVED**

28 ///
       MAR 3 1 2008

   NANCY MAYER WHITTINGTON, CLERK
        U.S. DISTRICT COURT

VENUE

The venue is proper in the District of Columbia, pursuant to U.S.C. §1391.

STATEMENT OF THE CASE

The relevant procedural history of the case is set forth in more detail in the statement of facts section. In brief, this is a case arising from the arrest and extradition for which the Petitioner was innocent, and no offense was committed. All three Respondents knew prior to their actions that the Petitioner was innocent or should have known that the Petitioner was innocent from the documents that were in their constructive possession prior to the alleged offense in May 1994.

STATEMENT OF FACTS

In May 1999, the U.S. Attorney, Central District of California, obtained a fraudulent indictment CR99-470-PA, after the case agent, Wayne Kempton, U.S. Customs was rebuffed by the U.S. Attorney in the District of Connecticut on May 17, 1994.

On June 12, 2005, the AUSA William P. Cole, Southern District of California, knowingly, willingly and intentionally caused the arrest of the Petitioner without any probable cause and had him extradited from his legal residence in Mexico on June 15, 2005, by providing the government the fraudulent sealed indictment CR99-470-PA. He caused the Mexican immigration officials to be bribed to obtain the Mexican residency records of the Petitioner.

//

///

///

He utilized this information to cause the cancellation
of the Petitioner's residency in Mexico. He further caused false
documents to be fabricated to conceal his activities. On June 22,
2005. He caused the Petitioner's property to be taken away
without any probable cause.

The Petitioner filed his requests under the FOIA and
the Privacy Act upon each of the Respondents. The Respondents
denied these requests. All administrative appeals or time for
response have been exhausted. The documents sought from all three
Respondents are in a series of documents for the same actions
in support of the instructions given or caused by AUSA William
P. Cole. The following FOIA and Privacy Act numbers were assigned
to the Petitioner's requests:

U.S. Department of State: 200602972

U.S. Department of Justice: 07-2423 (Appeal 08-0363)

U.S. Department of Homeland Security: 07FOIA53208(Appeal

DHS 08-034), 2008FOIA1044 and 2008FOIA871

REQUEST FOR RELIEF

Petitioner requests a Vaughn Index to ensure complete
disclosure of all the documents from the three Respondents and
payment for damages caused by the illegal arrest and extradition
for which he was innocent of all the charges and for his loss of
all his property by these willful acts of these three agencies
and the cost for litigation.

CONCLUSION

For the foregoing reasons, the Petitioner requests the
complete disclosure of all the documents, return of all his

//

- 3 -

property and damages and seeks equitable remedy and damages to effectuate complete justice.

Respectfully submitted on this 17th day of March 2008

Arif A. Durrani

AFFIDAVIT OF MAILING

Arif A. Durrani, hereby attests that pursuant to the rules of the District Court, the preceding petition was enclosed in an envelope, first class postage prepaid and addressed to:

Ms. Nancy Mayer-Wittington
Clerk of the Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2866

U.S. Department of Homeland Security
Office of the General Counsel
Washington, D.C. 20538

U.S. Department of State, SA-2
Office of Information Programs and Services
Washington, D.C. 20522-8100

Office Information and Privacy
Department of Justice
1425 New York Avenue, Washington, D.C. 20530

It is further attested that the envelopes were deposited with the mail room at the Federal Correctional Complex on the 17th day of March, 2008.

Arif A. Durrani

- 4 -

ADDENDUM TO PETITION

The Petitioner was arrested and extradited for CR99-470-PA. The proceedings for this case has been terminated in favor of the Petitioner. Under 5 U.S.C. §552(c)(1)(B)(ii),

the agency may, during only such time as circumstances continues, treat the records as not subject to the requirements of this section.

Therefore, the exemptions of (b)(7)(A) and- should not be applicable to the requested disclosure by the three agencies.

JS-44
(Rev. 1/05 DC)

**CIVIL COVER SHEET**

08-607
CKK

## I (a) PLAINTIFFS

Arif A. Durrani

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

# 09027-014

**DEFENDANTS**

US Citizenship + Immigration Service

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TR

Case: 1:08-cv-00607
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 4/9/2008
Description: FOIA/Privacy Act

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question (U.S. Government Not a Party)

☒ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**☐ A. Antitrust**

☐ 410 Antitrust

**☐ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((I395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

3

| ☐ **G.** *Habeas Corpus/ 2255* | ☐ **H.** *Employment Discrimination* | ☒ **I.** *FOIA/PRIVACY ACT* | ☐ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ **K.** *Labor/ERISA (non-employment)* | ☐ **L.** *Other Civil Rights (non-employment)* | ☐ **M.** *Contract* | ☐ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

5 USC 552 (a)

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23    DEMAND $ ○    Check YES only if demanded in complaint **JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ☒ NO If yes, please complete related case form.

DATE 4/9/08    SIGNATURE OF ATTORNEY OF RECORD    NCD

## INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.