# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARIF A. DURRANI<br>Reg. No. 09027-014<br>Federal Correctional Complex<br>Victorville I<br>P.O. Box 5300<br>Adelanto, CA 92301-5300<br><br>         Plaintiff,<br><br>         v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>U.S. DEPARTMENT OF STATE<br>AND DEPARTMENT OF<br>HOMELAND SECURITY<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 08-0609 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Claire M. Whitaker, Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

        Respectfully submitted,

        /s/
        CLAIRE WHITAKER, D.C. Bar # 354530
        Assistant United States Attorney
        United States Attorneys Office
        Civil Division
        555 4th Street, N.W., Room E-4204
        Washington, D.C. 20530
        (202) 514-7137

## **CERTIFICATE OF SERVICE**

      I hereby certify a copy of the foregoing has been served by First-Class Mail, postage prepaid to:

ARIF A . DURRANI
Reg. No. 09027-014
Federal Correctional Complex
Victorville I
P.O. Box 5300
Adelanto, CA 92301-5300

on this _____ day of April, 2008.

                                                /s/
                                        CLAIRE WHITAKER
                                        Assistant United States Attorney
                                        United States Attorneys Office
                                        Civil Division
                                        555 4th Street, N.W., Room E-4204
                                        Washington, D.C. 20530
                                        (202) 514-7137