## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARIF A. DURRANI ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0609 (CKK) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, et al., ) | |
| ) | |
| Defendants. ) | |

### FIRST AFFIRMATIVE DEFENSE

Plaintiff is not entitled to damages or declaratory or injunctive relief in this Freedom of Information Act ("FOIA") case.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff has failed to exhaust his administrative remedies.

### THIRD AFFIRMATIVE DEFENSE

Defendants answer the unnumbered paragraphs as follows:

First Paragraph: This paragraph contains a characterization of plaintiff's action not averments of fact to which a response would be required. To the extent a response may be deemed required, deny.

### JURISDICTION

This paragraph contains conclusions of law relating to jurisdiction, not averments of fact. No response is required.

### VENUE

This paragraph contains conclusions of law relating to venue, not averments of fact.

No response is required.

## STATEMENT OF THE CASE

The paragraph contains plaintiff's characterization of his case, to which no response is required. To the extent that a response is deemed necessary, deny.

## STATEMENT OF FACTS

Defendants deny the averment of plaintiff's Statement of Facts, except to the extent that defendants admit that plaintiff has filed FOIA requests with the U.S. Department of State, U.S. Department of Justice and U.S. Department of Homeland Security.

## REQUEST FOR RELIEF

Plaintiff's Request for Relief is not an averment of fact to which an answer is required. To the extent that an answer is deemed necessary, denied.

## CONCLUSION

Defendants deny that plaintiff is entitled to damages, attorney fees, or any relief whatsoever.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

CERTIFICATE OF SERVICE

      I hereby certify a copy of the foregoing has been served by First-Class Mail, postage prepaid to:

>ARIF A . DURRANI
>Reg. No. 09027-014
>Federal Correctional Complex
>Victorville I
>P.O. Box 5300
>Adelanto, CA 92301-5300

on this _____12th_____ day of May 2008.

                               /s/
                              CLAIRE WHITAKER
                              Assistant United States Attorney
                              United States Attorneys Office
                              Civil Division
                              555 4th Street, N.W., Room E-4204
                              Washington, D.C. 20530
                              (202) 514-7137