Arif A. Durrani
Reg. No. 09027-014
Federal Correctional Complex
Victorville I
P.O. Box 5300
Adelanto, CA 92301-5300

**RECEIVED**

MAY 1 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ARIF A. DURRANI | ) | Civil No. 08-0609(CKK) |
| Plaintiff, | ) | JUDICIAL NOTICE FOR AGENCY DENYING THE FOIA REQUESTS IS ENGANGED IN ILLEGAL ACTIVITY AND REQUEST FOR REFERRAL TO INSPECTOR GENERAL, DOJ AND FEDERAL BUREAU OF INVESTIGATION |
| v. | ) | |
| U.S. DEPARTMENT OF JUSTICE, U.S. DEPARTMENT OF STATE, AND U.S. DEPARTMENT OF HOMELAND SECURITY, | ) | |
| Defendants. | ) | |

Arif A. Durrani, Plaintiff, (DURRANI), requests the U.S. District Court, there is compelling evidence that the agencies denying the FOIA request are engaged in illegal activity, and that the information sought is necessary in order to confirm or refute that evidence. <u>Davis v. United States Department of Justice</u>, 968 F.2d at 1282. <u>Robinson v. Attorney General of United States</u>, 534 F. Supp. 2d 72, 82 (D.D.C. 2008).

/

//

//

Durrani, specifically, requires these documents for submission to the Ninth Circuit Court of Appeals (07-50031, 07-55086, 06-50334 and 08-50007) and the U.S. District Court in the Central District of California (06-CV-6281-PA), U.S. District Court, District of Connecticut (86-cr-0059-1(SRU), 3:07-CV-01238(CFD) and 3:07-CV-01240(CFD). Durrani's, response to the April 17, 2008, communication from the Department of Justice, Office of Information and Privacy, is attached as APPENDIX 'A'.

The unavailability of these documents will severely impair the decision making adjudication process of the courts. Durrani, was completely innocent when he was brought by the government attorneys and the agents from Mexico. The arrest was merely to unlawfully hold Durrani. The bogus CR99-470-PA pretextual arrest was to take away his property and fabricate an indictment in the Southern District of California. Durrani, prevailed upon for which he was extradited from Mexico. The illegal conduct by the government attorneys and agents, which is prosecutable criminal misconduct is not records or information compiled for law enforcement purposes. The denial is only to conceal their own misconduct. In assessing whether records are compiled for law enforcement purposes, the focus is on how and under what circumstances the requested files were compiled, and whether the files sought relate to anything that can fairly be characterized as an enforcement proceeding. <u>Jefferson</u> v. <u>Department</u> <u>of</u> <u>Justice</u>, 284 F.3d 172, 176-77 (D.C. Cir.

2002) (citations and internal quotations omitted). There is public interest in honest government servants who are required to obey the laws that they are employed to enforce. The records of the investigation reports and the statements made before the courts by the agencies personal show a complete disregard for the truth, and have been made by them for personal benefit to advance their own careers. They have prompted foreign government officials to corruptly fabricate documents to conceal their own unlawful conduct. They have presented these documents to the courts. The government attorneys and agents who created or caused these documents to be created, have so far, not explained how they were able to obtain an indictment and arrest warrant for an offense that was never committed from a grand jury. Therefore, it would be fair to infer the public could be subjected to bogus arrests and indictments by these government attorneys and agents in the future.

## CONCLUSION

For the foregoing reasons, Durrani, respectfully requests the U.S. District Court, to take judicial notice of the representations made by the withholding agencies, and refer the matter to the Inspector General, Department of Justice.

Respectfully submitted on this 5th day of May 2008.



Arif A. Durrani

- 3 -

# AFFIDAVIT OF MAILING

Arif A. Durrani, hereby attests that pursuant to the rules of the U.S. District Court, the preceding motion was enclosed in an envelope, first class postage prepaid and addressed to:

> Ms. Nancy Mayer-Wittington
> Office of the Clerk
> U.S. District Court
> 333 Constitution Avenue, N.W.
> Washington, D.C. 20001-2866

> AUSA Claire M. Whitaker
> U.S. Attorneys Office
> Civil Division
> 555 4th Street, N.W., Room E-4204
> Washington, D.C. 20530

It is further attested that the envelope were deposited with the mail room at the Federal Correctional Complex on the 5th day of May, 2008.

*[signature]*
Arif A. Durrani

//

- 4 -

# Appendix A

Arif A. Durrani
Reg. No. 09027-014
Federal Correctional Complex
Victorville I
P.O. Box 5300
Adelanto, CA 92301-5300

April 23, 2008

Ms. Anne D. Work
Deputy Chief Administrative Appeals Staff
U.S. Department of Justice
Office of Information and Privacy
1425 New York Avenue, Suite 11050
Washington, D.C. 20530

Reference: Appeal No. 08-0363 (Request No. 07-2423)

Dear Ms. Work:

Thank you for your letter dated April 17, 2008. I have already filed a lawsuit in the District of Columbia, 1:08-cv-00609-CKK. A summons has already been issued to you on April 10, 2008.

In the last paragraph of your letter, you have stated that "clear evidence" must be provided by person asserting misconduct. I have attached for your review, a copy of the Release Order 6270 (CR99-479-PA). It was dismissed due to "actual innocence". The U.S. attorney in San Diego, had me, an actual innocent person arrested and extradited from Mexico. He used this bogus indictment as a ruse to have me brought and unlawfully held in the Central District of California, to fabricate an offense in his district.

He has lied to the U.S. District and the Ninth Circuit Court of Appeals. He has repeatedly stated that, he had absolutely nothing to do with my arrest in Mexico. He had caused false documents and declarations to be made and presented to the courts. A copy of the forged arrest warrant is attached. It states the arrest took place in Los Angeles, California. I have also enclosed a copy of the investigation report created by the ICE agents Brian Bucaro and Clark Settles, and with Paul's name redacted from it. This information is sufficient under <u>NARA v. Favish</u>, 541 U.S. 157, 172-175 (2004), for "clear misconduct". The documents that you are withholding clearly show the arrest warrant is forged and that, AUSA William P. Cole, is responsible for the arrest and extradition.

These activities are not covered under the exemption(s) you have cited. These documents to arrest and extradite a known <u>innocent</u> <u>person</u> cannot be claimed under the law enforcement purposes exemption. A known innocent person is not to be subjected to any prosecutorial criminal misconduct by unscrupulous Department of Justice or U.S. Department of Homeland Security employees, there is immense public interest in "honest government" and disclosure. Public servants are held to a high degree of integrity and not permitted to skirt the laws that they are entrusted to enforce. They are not permitted to advance their careers or obtain benefits from such misconduct. As an actual innocent person who was unlawfully arrested and extradited, I am entitled to full disclosure to challenge the veracity of the assertions made by these individuals under oath to the courts. My complaint to the Inspector General, Department of Justice has been referred to the FBI for review. A copy of their referral is also enclosed.

It is once again, my request that, you release all the documents. You may also contact the Mexican Immigration staff and your own embassy staff in Mexico city to confirm that, both my attorney in Mexico, Carlos Solano-Ortiz, and myself contemporaneously knew your attorneys instructions to them. Your attorney, William P. Cole, is responsible for the cancellation of my Mexican immigration status and loss of all my property. He had me brought to the United States based upon the bogus arrest warrant and indictment.

I do not believe, you are authorized by anyone to withhold and or conceal prosecutorial criminal misconduct. Therefore, your office must not impede my request, the courts and or law enforcement investigation for this misconduct by AUSA William P. Cole and ICE agents. The release of the documents will also conserve judicial time and expense for the government. Since, AUSA William P. Cole, has claimed he has done absolutely nothing unlawful, nor the ICE agents have fabricated false reports, the release of these documents would only affirm their statements. They should be eager to have these documents in the public record to dispel any allegations against them. It would be helpful to all parties concerned.

Sincerely,

Arif A. Durrani

cc: Special Agent, FBI, Los Angeles, CA 90024-3672
    Mr. Glenn A. Fine, Inspector General,
    Department of Justice
    H. Marshall Jarrett, Counsel General,
    Office of Professional Responsibility
    Jay Maklin, General Counsel, EOUSA, Washington, D.C.
    Ms. Molly Dwyer, Clerk, U.S. Court of Appeals
    Case No. 07-50031, 06-50344, 08-50007 and 07-55086
    Ms. Nancy Mayer-Wittington, Clerk,
    U.S. District Court, District of Columbia

AAD:ar

```
 1  DEBRA WONG YANG
    United States Attorney
 2  THOMAS P. O'BRIEN
    Assistant United States Attorney
 3  Chief, Criminal Division
    WILLIAM A. CROWFOOT (SBN 134173)
 4  Assistant United States Attorney
         1300 United States Courthouse
 5       312 North Spring Street
         Los Angeles, California 90012
 6       Telephone: (213) 894-4465
         Facsimile: (213) 894-6436
 7       Email: william.crowfoot@usdoj.gov

 8  Attorneys for Plaintiff
    United States of America
 9
```

FILED
CLERK, U.S. DISTRICT COURT
SEP 2 3 2005
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3 ✓
Scan Only

LODGED
CLERK, U.S. DISTRICT COURT
SEP 2 3 2005
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 99-470-PA |
| Plaintiff, | ) [~~PROPOSED~~] ORDER |
| v. | ) |
| ARIF DURRANI | ) |
| Defendant. | ) |

Upon motion of the United States of America, the Court HEREBY DISMISSES with prejudice the above-captioned indictment.

DATED: September 23, 2005    _____
                              THE HON. PERCY ANDERSON
                              United States District Judge

Presented by:

_____
WILLIAM A. CROWFOOT
Assistant United States Attorney

cc: PSA
    USPO
    USM

ENTER ON CMS
SEP 26 2005

Release Order Issued
D 6270

*** LIMITED OFFICIAL USE ***

DATE: 09/28/2005   TIME: 13:29   PAGE: 1

UNITED STATES MARSHALS SERVICE
PRISONER TRACKING SYSTEM
CENTRAL DISTRICT OF CALIFORNIA
DISTRICT: 12   OFFICE: ROY

INDIVIDUAL CUSTODY AND DETENTION REPORT USM (129)

NAME: DURRANI, ARIF ALI
USMS NUMBER: 31948112

CATION DATA:   PHONE: - -
NBR: 31948112   NAME: DURRANI, ARIF ALI
                                    SEX: M   RACE: W   HAIR: BLK   EYE: BRO   HEIGHT: 511   WEIGHT: 180
ESS: EXTRADITION FROM MEXICO, XX
08/14/1949   AGE: 56   POB: PAKISTAN, XX
        FBI NBR: 447572FA5   ALIEN NBR: A2173558

SPECIAL HANDLING REMARKS:
HIGH BLOOD PRESSURE
SUBJ. TAKES ACCUPRIL FOR HEART MURMUR

SPECIAL HANDLING CODE:
DICAL
DICAL                                    REMARK                  1st case—

DETAINER/DATE   ACTIVE   AGENCY
                Y        CUSTOMS & BORDER PROTECTION
06/15/2005                                ALIAS REMARKS:
                                                    b7C, b2

PRISONERS ALIASES:
NONE                                                          —09027-014—

GENERAL REMARKS [redacted]
ARRESTING AGENT
BODY HELD OVER DUE TO OUTSTANDING S/CA CASE

I. CASE INFORMATION:                 FEDERAL COURT CITY
                COURT CASE NUMBER    LOS ANGELES
    CTR  STATUS     CR 99-740        LOS ANGELES
    1    RL-DISMSS  05-2011M
    2    WT-TRIAL                    LOCATION OF ARREST   WARRANT NUMBER
                                     MEXICO               C/CA
    CTR  ARREST DATE  ARRESTING AGENCY                    S/CA
    1    06/15/2005   U.S. MARSHALS SERVICE   ROYBAL FED BUILDING
    2    09/26/2005   U.S. MARSHALS SERVICE                           DISPOSITION
                                     OFFENSE REMARK                   CHARGES DISMISSED/DROPPED
                                     22 USC 2778 EXPORTING DEFENSE ARTICLES W
    CTR  OFFENSE                     22 USC 2778 CONSPIRACY/ ARMS CONTROL ACT NOT YET DISPOSED
    1    (2699) FRAUD
    2    (4808) COMPOUNDING CRIME                         APPEAL DATE
                                                          **/**/****
    CTR  SENTENCE DATE   SENTENCE                         **/**/****
    1    **/**/****
    2    **/**/****
                                                          REMARK
                                     RELEASE DATE         C/CA
III. STATUS HISTORY        CUSTODY DATE   **/**/****
                STATUS DATE   06/15/2005
    CTR  STATUS  06/15/2005
    1    WT-TRIAL

*** LIMITED OFFICIAL USE ***

10

U.S. Customs

# United States District Court
## Central District of California

United States of America

           Plaintiff

v.

ARIF DURRANI

           Defendant

**WARRANT FOR ARREST**

Case Number: CR 99-470 /A

FILED CLERK, U.S. DISTRICT COURT
OCT 27 2005
CENTRAL DISTRICT OF CALIFORNIA

TO: The United States Marshal and
     Any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Arif Durrani_____
                                                                                        (Name)

and bring him or her forthwith to the nearest magistrate judge to answer a(n):

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense):

Exporting Defense Articles without a License

ARRESTED WITHIN THE C/CA
BY: U.S. Customs (ICE)
ON: 6/15/05
SIGNED: R. Neal

U.S. MARSHAL SERVICE
LOS ANGELES, CALIF.
RECEIVED '99 MAY 10 A7:15

in violation of Title __22__ United States Code, Section(s) __2778(b)(2),(c)__ 127.1(d), 127.3

SHERRI R. CARTER
Name of Issuing Officer

_signature_
Signature of Issuing Officer

Bail Fixed at $ __DETENTION__

CLERK OF COURT
Title of Issuing Officer

5/7/99  Los Angeles, C
Date and Location

By Margaret A. Nagle, US Magistrate
Name of Judicial Officer  Judge

**RETURN**

| This warrant was received and executed with the arrest of the above-named defendant at | |
|---|---|
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER |
| DATE OF ARREST | SIGNATURE OF ARRESTING OFFICER |



**U.S. Department of Justice**
**Office of the Inspector General**
Investigations Division
Los Angeles Field Office
330 N. Brand Blvd, Suite 655
Glendale, CA 91203
Phone (818) 543-1172   Fax (818) 637-5082

February 19, 2008

Arif A. Durrani #09027-014
Federal Correctional Complex
Victorville I
P.O. Box 5300
Adelanto, CA 92301

Dear Mr. Durrani:

The purpose of this letter is to acknowledge receipt of your correspondence dated August 20, 2007. The staff of the Investigations Division has reviewed the issues that you raised.

The Office of the Inspector General (OIG) receives a high volume of complaints every day for review and handling. Because the OIG has limited staff and resources we are not able to investigate every complaint. Only those complaints involving criminally prosecutable misconduct and the most egregious administrative misconduct can be accepted for investigation. Many other issues can and should be addressed by the management levels of the involved components. We have determined that Federal Bureau of Investigation (FBI), Los Angeles should review your complaint. Therefore, your complaint has been forwarded to:

> FBI Los Angeles
> 11000 Wilshire Boulevard
> Los Angeles, California 90024-3672

Any further correspondence regarding this matter should be directed to that office.

I hope this answers any questions you have relative to this matter.

Sincerely,

Kenneth R. Strange Jr.
Special Agent in Charge

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | TECS ACCESS CODE █ |
|---|---|
| SIGNIFICANT ACTIVITY REPORT | PAGE  3 |
| C O N T I N U A T I O N | CASE NUMBER: ████<br>SAR NUMBER: ████ |

On 09/30/2004, the Senior ICE Representative Tijuana Office (SIR/TJ) in conjunction with the Tijuana, Mexico, Mexican National Intelligence Agency (CISN), initiated an investigation into the illicit activities of a Pakistani National identified as Arif Ali DURRANI ETAL, who resided in Rosarito, Mexico.

It was later discovered that the investigation focused into violations of the Arms Export Control Act by the SAC/San Diego Strategic group (SAC/SDSG). A joint international investigation commenced with the cooperation of SAC/SD Strategic Group, SIR/TJ and CISN. The investigation focused on the identification of DURRANI's associates, businesses and method of operation.

The investigation lead to the identification of ████████ and ████████ DURRANI and ████ were identified as being business associates with businesses in Rosarito, Mexico. It was also discovered that DURRANI and ████ have active outstanding arrest warrants from the U.S., and an extensive criminal history. DURRANI was convicted and subsequently deported to France on charges stemming from Violations of the Munitions Control Act.

DURRANI:        Current outstanding ICE-NCIC Warrant ████████████ of
Warrant:
                05/07/1999, Charges for Weapons Offense Case (CR-99-470).

                1: 1986-10-03/US Customs-New Haven: Violation of Control Act
                2: 1987-06-17/US Customs-Phoenix: 3 Counts: Exporting Restricted Munitions Without a license (10 year confinement). Mandatory release on 1992/09/01.

                USINS Deportation Proceeding: 1998-Deported to France.

DURRANI was detained by Mexican Federal Investigative Agency and Immigration Institute (INM) on Sunday June 12, 2005 at about 1600 hours during ████████████████████████ DURRANI was then transported to Mexico City INM headquarters. ICE Attache coordinated with th Mexican authorities for the deportation of DURRANI, who was placed on a flight to Pakistan on June 15, 2005. The flight itinerary had two stop overs in U.S. soil, with the first stop being at LAX. SAC/SD coordinated with SAC/LA for the arrest of DURRANI on his stop over at the LAX airport.

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | TECS ACCESS CODE ▓ |
|---|---|
| SIGNIFICANT ACTIVITY REPORT | PAGE 4 |
| C O N T I N U A T I O N | CASE NUMBER: ▓<br>SAR NUMBER: ▓ |

SIR/TJ continues coordination with the local L.E. autorities to find and ▓▓▓▓▓▓▓▓▓▓

*K2+7c*

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.