Arif A. Durrani
Reg. No. 09027-014
Federal Correctional Complex
Victorville I
P.O. Box 5300
Adelanto, CA 92301-5300

**RECEIVED**

JUN 0 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| ARIF A. DURRANI<br><br>   Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>U.S. DEPARTMENT OF STATE,<br>AND AND U.S. DEPARTMENT OF<br>HOMELAND SECURITY,<br><br>   Defendants. | Civil No. 08-0609(CKK)<br><br>JUDICIAL NOTICE FOR<br>AGENCY DENYING THE FOIA<br>REQUESTS IS ENGANGED IN<br>ILLEGAL ACTIVITY AND<br>REQUEST FOR REFERRAL TO<br>INSPECTOR GENERAL, DOJ AND<br>FEDERAL BUREAU OF<br>INVESTIGATION |

Arif A. Durrani, Plaintiff, (DURRANI), requests the U.S. District Court, there is compelling evidence that the agencies denying the FOIA request are engaged in illegal activity, and that the information sought is necessary in order to confirm or refute that evidence. Davis v. United States Department of Justice, 968 F.2d at 1282. Robinson v. Attorney General of United States, 534 F. Supp. 2d 72, 82 (D.D.C. 2008).

/

/

/

Durrani, specifically, requires these documents for submission to the Ninth Circuit Court of Appeals (07-50031, 07-55086, 06-50334 and 08-50007) and the U.S. District Court in the Central District of California (06-CV-6281-PA), U.S. District Court, District of Connecticut (86-cr-0059-1(SRU), 3:07-CV-01238(CFD) and 3:07-CV-01240(CFD). Durrani's, response to the May 14, 2008, communication to the U.S. Department of Homeland Security, Office of the Inspector General, is attached as APPENDIX 'A'.

The unavailability of these documents will severely impair the decision making adjudication process of the courts. Durrani, was completely innocent when he was brought by the government attorneys and the agents from Mexico. The arrest was merely to unlawfully hold Durrani. The bogus CR99-470-PA pretextual arrest was to take away his property and fabricate an indictment in the Southern District of California. Durrani, prevailed upon for which he was extradited from Mexico. The illegal conduct by the government attorneys and agents, which is prosecutable criminal misconduct is not records or information compiled for law enforcement purposes. The denial is only to conceal their own misconduct. In assessing whether records are compiled for law enforcement purposes, the focus is on how and under what circumstances the requested files were compiled, and whether the files sought relate to anything that can fairly be characterized as an enforcement proceeding. Jefferson v.

- 2 -

Department of Justice, 284 F.3d 172, 176-77 (D.C. Cir. 2002) (citations and internal quotations omitted). There is public interest in honest government servants who are required to obey the laws that they are employed to enforce. The records of the investigation reports and the statements made before the courts by the agencies personal show a complete disregard for the truth, and have been made by them for personal benefit to advance their own careers. They have prompted foreign government officials to corruptly fabricate documents to conceal their own unlawful conduct. They have presented these documents to the courts. The government attorneys and agents who created or caused these documents to be created, have so far, not explained how they were able to obtain an indictment and arrest warrant for an offense that was never committed from a grand jury. Therefore, it would be fair to infer the public could be subjected to bogus arrests and indictments by these government attorneys and agents in the future.

## CONCLUSION

For the foregoing reasons, Durrani, respectfully requests the U.S. District Court, to take judicial notice of the representations made by the withholding agencies, and refer the matter to the Inspector General, Department of Justice and or the Inspector General, U.S. Department of Homeland Security, for investigation and appropriate action.

Respectfully submitted on this 27th day of May 2008.

Arif A. Durrani

## AFFIDAVIT OF MAILING

Arif A. Durrani, hereby attests that pursuant to the rules of the U.S. District Court, the preceding motion was enclosed in an envelope, first class postage prepaid and addressed to:

    Ms. Nancy Mayer-Wittington Office of the Clerk
    U.S. District Court
    333 Constitution Avenue, N.W.
    Washington, D.C.20001-2866


    AUSA Claire M. Whitaker
    U.S. Attorneys Office
    Civil Division
    555 4th Street, N.W., Room E-4204
    Washington, D.C. 20530


It is further attested that the envelope were deposited with the mail room at the Federal Correctional Complex on the 27th day of May, 2008.

Arif A. Durrani

/
/
/
/
/
/

- 4 -

Arif A. Durrani
Reg. No. 09027-014
Federal Correctional Complex
Victorville I
P.O. Box 5300
Adelanto, CA 92301-5300


May 27, 2008


Ms. Katherine R. Gallo
Assistant Counsel to the Inspector General
Office of the Counsel General
U.S. Department of Homeland Security
Washington, D.C. 20528

Reference: 2008-034(07-53208)/Letter dated May 14, 2008

Dear Ms. Gallo:

Thank you for your above referenced letter inadvertently referenced as 2008-039 instead of 2008-034 appeal for 07-53208 denial. The documents which form the basis of criminally prosecutable misconduct by the agents from San Diego, California, sought under the above referenced FOIA from your office are not included in the set of documents that your office provided. I am enclosing a copy my appeal to the Associate General Counsel. The documents requested have not been provided to me. I can only assume that they were never forwarded by your office in San Diego, for review and disclosure. Otherwise, I would have received a response to my appeal within the time limitations specified. I accepted that as a denial after repeated reminders and then proceeded with filing a lawsuit with the district court in Washington D.C. Case No. 1:08-cv-00609(CKK).

I am requesting your office to investigate and provide me the following:

a) The copy of my citizenship certificate as requested in my attached letter to the U.S. Citizenship and Immigration Services. Case No. 1:08-cv-00607(CKK).

b) All documents as requested from Luis M. Alvarez, in the attached letter to him. They are a part of the 07-53208 original request and appeal 2008-034.


APPENDIX 'A'

My citizenship certificate with its N-405 form was completed in July 1986. It was forwarded to the GA (granted admission) room. Highlighted and attached. This action is reflected in the NACS docket sheet. These documents were removed from by A/T file. I have reason to believe they were removed by a former AUSA Holly B. Fitzsimmons in September 1991. They may still be in U.S. attorney's file in Bridgeport, Connecticut, with the current AUSA William Nardini. The second complaint is, I need an explanation how your agents were able to obtain a bogus indictment and arrest warrant CR99-470, from the grand jury for an offense that was never committed by anyone. It was used to extradite me from Mexico in June 2005.

Although, the response time has elapsed and the lawsuits have been filed, I still look forward to the prompt release of all the requested documents from your office. Further, I request your confirmation that an investigation has been lodged for these two complaints by the U.S. Department of Homeland Security and or referred to the Inspector General of the U.S. Department of Justice. If you need further information, I would be pleased to provide the same to assist you in your investigation of this criminally prosecutable misconduct.

Sincerely,

Arif A. Durrani

Encl: Documents

cc: Jan P. Lane, Acting Chief, Office of Security and Integrity
    U.S. Citizenship and Immigration Services
    John S. Laferty, Assistant Inspector General for
    Investigations
    Office of the Inspector General, Department of Justice

AAD:ar

Arif A. Durrani
Reg. No. 09027-014
Federal Correctional Complex
Victorville I
P.O. Box 5300
Adelanto, CA 92301

November 9, 2007


Associate General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528


Reference: FOIA 07-FOIA-53208


Dear Sir:

This is an appeal for denial of the FOIA to release all the documents under the above referenced request. The Ninth Circuit Court of Appeals has decided to review the merits of the kidnapping by your agents from San Diego, California in violation of the doctrine of dual criminality and or specialty and or extradition.

Your agents have forged two arrest warrants, CR99-470 dated June 15, 2005 and 05mg1520 dated September 23, 2005. These warrants were obtained under penalty of perjury by them. The arrest and the extradition took place in Mexico City on June 15, 2005 by Deputy U.S. Marshal Reyes, from the Central District of California. It is not as stated in both the forged arrest warrants.

Further, these agents have violated my privacy rights and bribed the Mexican immigration officials and provided the government of Mexico with a fraudulent indictment CR99-470-PA, which was sealed by the U.S. District Court, to effectuate the extradition and the kidnapping from Mexico on June 15, 2005.

The CR99-470 arrest warrant was executed and closed on June 15, 2005, by the U.S. Marshals Service. The forged 05mg520 arrest warrant was created on September 23, 2005, by perjury to cover up the arrest, without probable cause on June 15, 2005. It was closed on October 27, 2005. On this day your agent E. Neal took the U.S. Marshals Service copy of the CR99-470-PA arrest warrant, back dated, and filed it.

It is essential that the courts review these documents to determine your agents did not corrupt the court process and make a judicial determination of these events. The disclosure of these documents will establish your agents were involved in the planning of the kidnapping and bribing the Mexican government officials, even prior to the fraudulent allegations in the indictment 05CR1746-LAB in the Southern District of California.

This is also my notice under the special-duty doctrine for your assumption of the liability for duty owed to report all the illegal conduct of your employees and forward it for investigation under Title 28 USCS §535(b).

Your prompt attention to this matter is requested.

Sincerely,

Arif A. Durrani

cc: Ms. Cathy A. Catterson, Clerk, U.S. Court of Appeals for the Ninth Circuit, Case No. 07-50031, 06-50344, 07-73112, and 07-55086
Office of the Inspector General, Department of Homeland Security, Washington D.C. 20528
H. Marshall Jarrett, Counsel, Office of Professional Responsibility Department of Justice, Washington D.C. 20530

AAD:ar

U.S. Department of Homeland Security
Office of General Counsel
Washington, DC 20528



Homeland
Security

December 5, 2007

Arif A. Durrani
Reg. No. 09027-014
FCC Victorville I
PO Box 5300
Adelanto, CA 92301

Dear Sir or Madam:

The Department of Homeland Security has received your letter appealing adverse determination of
your Freedom of Information Act/Privacy Act (FOIA/PA) request 07-FOIA-53208 . On behalf of
the Deputy Associate General Counsel for General Law, we acknowledge your appeal request and
are assigning it number DHS08-034 for tracking purposes. Please reference this number in any
future communications about your appeal.

A high number of FOIA/PA requests have been received by the Department. Accordingly, we have
adopted the court-sanctioned practice of generally handling backlogged appeals on a first-in, first-
out basis.[1] While we will make every effort to process your appeal on a timely basis, there may be
some delay in resolving this matter. Should you have any questions concerning the processing of
your appeal, please contact Howard Plofker at (571) 227-2726, or howard.plofker@dhs.gov.

Sincerely,

Victoria Newhouse
Attorney-Advisor

---

[1] Appeals of expedited treatment denials will be handled on an expedited basis.

Arif A. Durrani
Reg. No. 09027-014
Federal Correctional Complex
Victorville I
P.O. Box 5300
Adelanto, CA 92301


April 30, 2008

Ms. T. Diane Cejka
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security
P.O. Box 648010
Lee's Summit, Mo 64064-8010


Reference: FOIA Request for T File (T021763558) documents

Dear Ms. Cejka:

    Please provide a copy of the following documents from
the above referenced T file. It is located in Sect:CV-
File Room Number 2 LL V, Resp: 9253- Row CV Shelf 9253-
CV9253.

    A copy of the documents and the citizenship
certificate upon which the signed photograph in the
extreme lower right hand corner of the attached document
number 893 is affixed. Please also confirm the quantity
of this photograph(s) that are within your file.

    This is a narrow, specific search request and it is
requested that it be processed on an expedited basis. A
copy of the certificate of identity is also enclosed for
this FOIA request. Your prompt processing of this request
will be greatly appreciated.

Sincerely,

Arif A. Durrani


Encl: Document No. 893


AAD:ar

U.S. Department of Justice
Immigration and Naturalization Service

Naturalization and Citizenship Branch

**300 NORTH LOS ANGELES STREET
LOS ANGELES, CA 90012**

You are hereby notified to appear for a hearing on your
child's) application for naturalization at the DATE, TIME
AND PLACE shown below.

Date:    **9/11/1996**

Time:    **10:00 AM**

Place    **300 NORTH LOS ANGELES ST
LOS ANGELES, CA 90012
FOURTH BUILDING – COURT
FOUR COURTROOM**

You MUST BRING the following with you:
— This letter, with the Personal Description Form on the REVERSE
— Alien Registration Receipt Card.
— Any evidence of Selective Service Registration.
— Any documents you have which you obtain in connection with an
— Those items not on the reverse side of this letter which are
— Filing Fee:          **$90.00 CASH OR MONEY OR
APPROXIMATELY FOUR (4)**

Please KEEP this APPOINTMENT even if you do not have all t

Form N—430A

LAWRENCE B FABACHER
833 BARONNE ST
NEW ORLEANS LA 70113-

LAWRENCE B FABACHER
833 BARONNE ST
NEW ORLEANS LA 70113-

LAWRENCE B FABACHER
833 BARONNE ST
NEW ORLEANS LA 70113-

LAWRENCE B FABACHER
833 BARONNE ST
NEW ORLEANS LA 70113-

05/23/96          WAC-96-167-53077          WACLHV01



893

                              Arif A. Durrani
                             Reg. No. 09027-014
                       Federal Correctional Complex
                             Victorville I
                             P.O. Box 5300
                       Adelanto, CA 92301-5300


May 27, 2008

Miguel Unzueta
Office of Investigations
U.S. Department of Homeland Security
185 West F. Street, Suite 600
San Diego, CA 92101

Reference: 07-FOIA-53208

Dear Agent Unzueta:

        Please forward all documents that your office denied
under the above referenced FOIA, and appealed under 2008-
034 to your Inspector General's Office. These documents
created to extradite me on a bogus arrest warrant and
indictment CR99-470 are not covered by any exemption of
the FOIA. The use of the bogus pretextual arrest warrant
and indictment to conceal your unlawful activities is
criminally prosecutable misconduct. You unlawfully held me
to fabricate an offense in your district. You back dated
and forged the arrest warrant. Your agents committed
perjury before the courts. FOIA exemptions do not apply to
these documents, and your Inspector General's office can
review and disclose them. I am still waiting for the
acknowledgement of my letter addressed to Luis M. Alvarez,
in Mexico city with a copy to you on May 5, 2008. I expect
a reply which is overdue under the C.F.R. time limitations
allowed for acknowledgement and or response.

Sincerely,



Arif A. Durrani

cc: Ms. Katherine R. Gallo, Assistant Counsel
     Office of the Inspector General


AAD:ar

Arif A. Durrani
Reg. No. 09027-014
Federal Correctional Complex
Victorville I
P.O. Box 5300
Adelanto, CA 92301-5300


May 5, 2008


Luis M. Alvarez
Attache
Immigration and Customs Enforcement
Embassy of the United States of America
Paseo de la Reforma # 305-118
Col. Cuauhtemoc 06500
Mexico City
Mexico D.F. 06500

Reference: Letter dated June 14, 2005, FOIA Request

Dear Sir:

On June 14, 2005, you issued a letter addressed to The Transportation Company and Supervisory Customs Inspector and Customs and Border Protection At Port of Entry. Please provide all the documents and sworn testimony, records, documents, memo, correspondence with the Mexican Immigration in your possession and upon which you based your determination to issue this letter and declaration.

Please be advised that the arrest warrant and indictment was bogus and or fraudulent. The FOIA exemptions are not applicable for illegal activity by any agency of the government. Therefore, it is requested that I be provided with all the requested information under my FOIA request.


Sincerely,

Arif A. Durrani

cc: Customs and Border Protection, San Diego, CA

AAD:ar

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE

OMB NO. 1115-0009
Approval Expires 1/31/84

## APPLICATION TO FILE PETITION FOR NATURALIZATION

Mail or take to:

IMMIGRATION AND NATURALIZATION SERVICE

FEE STAMP

P-B --- 5/13/86 --- GA

VISA FILE w/ N-405 - UP.DATOD
ONLY 2/24/86 - then to "GA" room

(See INSTRUCTIONS. BE SURE YOU UNDERSTAND EACH
QUESTION BEFORE YOU ANSWER IT. PLEASE PRINT OR
TYPE.)

**ALIEN REGISTRATION**
(Show the exact spelling of your name as it appears on your alien registration
receipt card, and the number of your card. If you did not register, so state.)

Name ARIF ALI DURRANI

No. A21-763-558 (N.Y.C

Section of Law _____
(Leave Blank)

Date AUG 20, 1985

(1) My full true and correct name is ARIF ALI DURRANI
(full true name without abbreviations)

(2) I now live at 4095 E. SKELTON CYN CIRCLE
(Number and street)
WESTLAKE VILLAGE, CALF 91361
(City, county, state, zip code)

(3) I was born on AUG 14 1949 in LAHORE          PAKISTAN
(Month) (Day) (Year)   (City or town)   (County, province, or state)   (Country)

(4) I request that my name be changed to _____

(5) Other names I have used are: _____
(Include maiden name)

(6) Was your father or mother ever a United States citizen?          ☐ Yes ☒ No
(If "Yes", explain fully)

(7) Can you read and write English? ........................          ☒ Yes ☐ No

(8) Can you speak English? ........................          ☒ Yes ☐ No

(9) Can you sign your name in English? ........................          ☒ Yes ☐ No

(10) My lawful admission for permanent residence was on 06  16  1978          ☒ Yes ☐ No
(Month) (Day) (Year)
................ under the name of _____
at _____
(City)          (State)

(11) (a) I have resided continuously in the United States since 12  14  1973
(Month) (Day) (Year)

(b) I have resided continuously in the State of CALF since a  01  77
(Month) (Day) (Year)

(c) During the last five years I have been physically in the United States for a total of _____ months.

(12) Do you intend to reside permanently in the United States? ☒ Yes ☐ No    If "No," explain:

(13) In what places in the United States have you lived during the last 5 years? List present address FIRST.

| FROM | | TO | | STREET ADDRESS | CITY AND STATE |
|---|---|---|---|---|---|
| (a) 03, 1985 | | PRESENT TIME | | 4095 E SKELTON CYN | WESTLAKE, CA 91361 |
| (b) 01, 1977 | | 03, 1985 | | 28241 DRIVER AVE. | AGOURA, CA 91301 |
| (c) , 19 | | , 19 | | | |
| (d) , 19 | | , 19 | | | |

(14) (a) Have you been out of the United States since your lawful admission as a permanent resident? .........
If "Yes" fill in the following information for every absence of *less than 6 months*, no matter how short it was.          ☒ Yes ☐ No

| DATE DEPARTED | DATE RETURNED | NAME OF SHIP, OR OF AIRLINE, RAILROAD COMPANY, BUS COMPANY, OR OTHER MEANS USED TO RETURN TO THE UNITED STATES | PLACE OR PORT OF ENTRY THROUGH WHICH YOU RETURNED TO THE UNITED STATES |
|---|---|---|---|
| 02/19/85 | 02/25/85 | TWA | LOS ANGELES |
| | | | |
| | | | |

(b) Since your lawful admission, have you been out of the United States for a period of 6 *months or longer*? .........
If "No", state "None"; If "Yes", fill in following information for every absence of more than 6 months.          ☐ Yes ☒ No

| DATE DEPARTED | DATE RETURNED | NAME OF SHIP OR OF AIRLINE, RAILROAD COMPANY, BUS COMPANY, OR OTHER MEANS USED TO RETURN TO THE UNITED STATES | PLACE OR PORT OF ENTRY THROUGH WHICH YOU RETURNED TO THE UNITED STATES |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Form N-400 (Rev. 5-2-82) Y

(1)

(Over)

641