UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Arif A. Durrani,                         :
                                         :
        Plaintiff,                       :
                                         :
v.                                       :        Civil Action No. 08-0609 (CKK)
                                         :
U.S. Department of Justice *et al.*,     :
                                         :
        Defendants.                      :

ORDER

This action brought *pro se* under the Freedom of Information Act is before the Court on defendants' Answer. The requirements of Local Civil Rule 16.3 and Federal Rule of Civil Procedure Rule 26(f) are inapplicable to such actions. *See* Local Civil Rule 16.3 (b)(9). Thus, an answer does little to advance the proceedings. Defendants assert grounds for resolving the case but have not indicated whether a dispositive motion is forthcoming. Accordingly, it is hereby

ORDERED that defendants shall file either a dispositive motion or a proposed briefing schedule by **July 10, 2008**.

                                         _____s/s_____
                                         COLLEEN KOLLAR-KOTELLY
                                         United States District Judge

Date: June 30, 2008