# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARIF A. DURRANI | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-0609 (CKK) |
| | ) |
| U.S. DEPARTMENT OF JUSTICE, et al., | ) |
| | ) |
| Defendants. | ) |

## PROPOSED BRIEFING SCHEDULE

Pursuant to this Court's order of June 30, 2008 [Docket Entry No. 16], defendants propose the following briefing schedule:

Defendants' Motion for Summary Judgment - August 11, 2008,

Plaintiff's Opposition and/or cross motion - September 11, 2008,

Defendants' reply to Plaintiff's opposition - September 29, 2008.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

CERTIFICATE OF SERVICE

  I hereby certify a copy of the foregoing has been served by First-Class Mail, postage prepaid to:

> ARIF A . DURRANI, *pro se*
> Reg. No. 09027-014
> Federal Correctional Complex
> Victorville I
> P.O. Box 5300
> Adelanto, CA 92301-5300

on this _____9th_____ day of July 2008.

                /s/
                CLAIRE WHITAKER
                Assistant United States Attorney
                United States Attorneys Office
                Civil Division
                555 4th Street, N.W., Room E-4204
                Washington, D.C. 20530
                (202) 514-7137