UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Arif A. Durrani,                  :
                                  :
        Plaintiff,                :
    v.                            :        Civil Action No. 08-0609 (CKK)
                                  :
U.S. Department of Justice *et al.*, :
                                  :
        Defendants.               :

SCHEDULING ORDER

Upon consideration of defendants' proposed briefing schedule, it is

ORDERED that defendants' motion for summary judgment is due by August 11, 2008. Plaintiff's opposition and/or cross motion is due by September 11, 2008. Defendants' reply is due by September 29, 2008.

```
            _____s/s_____
            COLLEEN KOLLAR-KOTELLY
            United States District Judge
```

Date: July 10, 2008