Arif A. Durrani
Reg. No. 09027-014
Federal Correctional Complex
Victorville I
P.O. Box 5300
Adelanto, CA 92301-5300

**RECEIVED**

JUL 1 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| ARIF A. DURRANI,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE et al,<br><br>    Defendant. | No. 08-CV-0609(CKK)<br><br>REQUEST FOR SUMMARY JUDGEMENT UPON THE PLEADINGS PURSUANT TO RULE 56 Fed. R. Civ. Pr. |

  Arif A. Durrani, Plaintiff, has received a copy of the order dated June 30, 2008. The Plaintiff requests the district court for a summary judgment based upon the pleadings in this case. The production of the withheld documents would be dispositive of the case. The withheld documents are the genesis of the EXHIBIT 1 and 2. The requested documents are urgently needed for fair adjudication of pending petitions before the district and appellate courts.

/
//
//
//

It is imperative that the documents be released to uncover criminally prosecutorial misconduct. Plaintiff has prevailed in piercing the deception of the ICE agents and the government attorneys before the courts by obtaining complete vindication in CR99-470-PA, (Exhibit 2) by its dismissal with prejudice. The government attorney William P. Cole, has caused and made untruthful statements and false documents to be created and submitted to the courts. The events and chronology of the creation of the Transportation letter dated June 14, 2005, (Exhibit 1) are the documents that are been secreted. They corrupt the judicial process and integrity of the courts. The government must disclose the methodology by which it caused this Transportation letter to be created with the documents and evidence by which the verification was obtained. The government employees are not permitted to create false documents nor use the FOIA to conceal the scrutiny of their misconduct by the courts. The misconduct is a fact from the face of the exhibits. What must be disclosed is the timeline and the chronology by which these two exhibits came into being produced. If the government employees have not engaged in any misconduct by which these documents were created, they have nothing to fear from their disclosure to the Plaintiff and their submission to the courts. The record will disclose that the Plaintiff has made concerted efforts for the past three years to prompt the release from the agencies. He has shown the need and quoted

precedent citations which justify their disclosure. Particularly, because of the egregious misconduct of the participants who caused and created the sought documents. The agencies will be remiss in their duty to permit employees to manipulate the judicial process of the courts by withholding the requested documents.

For the foregoing reasons and a clear showing made by the Plaintiff by submitting the two exhibits to the court, he should be entitled to secure the underlying documents which form the basis for the creation of the two exhibits. Therefore, the Plaintiff respectfully requests the court to order the release of all the documents requested by him. It will be a dispositive order. It will save judicial time and resources and also conclude further proceedings in this case.

Respectfully submitted on this 8th, day of July, 2008.

Arif A. Durrani
Plaintiff

//

AFFIDAVIT OF MAILING

Arif A. Durrani, hereby attests that pursuant to the rules of the U.S. District Court, the preceding motion was enclosed in an envelope, first class postage prepaid and addressed to:

> Ms. Nancy Mayer-Wittington
> Office of the Clerk
> U.S. District Court
> 333 Constitution Avenue, N.W.
> Washington, D.C. 20001-2866

> AUSA Claire M. Whitaker
> U.S. Attorneys Office
> Civil Division
> 555 4th Street, N.W., Room E-4204
> Washington, D.C. 20530

It is further attested that the envelope were deposited with the mail room at the Federal Correctional Complex, in compliance with the prisoner legal mail box rules pursuant to 28 U.S.C. §1746, certification on the 8th, day of July, 2008.

*Arif A. Durrani*

//

# EXHIBIT 1

U.S. Department of Homeland Security



U.S. Customs & Border Protection

*American Embassy Mexico City*
*Paseo de la Reforma # 305-118*
*Col. Cuauhtemoc 06500*

The Transportation Company and
Supervisory Customs Inspector
Customs and Border Protection
At Port of Entry

Date: **June 14, 2005**
RE: **Arif Ali DURRANI**
DPOB: **08/14/1949, Pakistan**
A: **21 763 558**

**ALIEN TO BE PAROLED INTO THE U.S. FOR PROSECUTION**

Dear Sirs,

On the basis of sworn testimony given, results of records checks conducted, and examination of secondary evidence supplied, this office has determined that, Arif Ali DURRANI, is eligible to make application for admission to an Custom and Border Protection (CBP) Inspector at a U.S. Port of Entry. An Airline may accept this letter as assurance that the above named alien may be transported to the United States before, **June 16, 2005** without danger of penalty imposed by Section 273 (b) of the Immigration and Nationality Act, as amended.

The above named person whose photograph appears below has been instructed to present the original of this letter to the Transportation Company on which travel to the United States is intended. The above named person has also been instructed to present the duplicate of this letter in a sealed envelope to the CBP Inspector at the port of entry used, where the sealed envelope should be opened. A third copy of this letter has been retained by this office along with the bearer's sworn testimony as to his/her claimed status as a lawful permanent resident of the United States. The CBP Inspector at the Port of Entry has sole and exclusive authority to admit the above named alien as a permanent resident alien or in any other status. This letter in no way constitutes a prior obligation of the United States Government to admit the alien.

**In the event of evidence of tampering with this letter or with the copy of this letter directed to the CBP Inspector or with the envelopes in which these letters are conveyed, the Transportation Company is requested not to board the alien named above and to report the evidence of tampering to this office at (525) 55080-2000 ext. 4365 during after duty hours to ask the Embassy operator to immediately contact the duty Immigration and Customs Enforcement officer.**

Sincerely,

Luis M. Alvarez
Attaché
Immigration and Customs Enforcement



902

# EXHIBIT 2

```
 1  DEBRA WONG YANG
    United States Attorney
 2  THOMAS P. O'BRIEN
    Assistant United States Attorney
 3  Chief, Criminal Division
    WILLIAM A. CROWFOOT (SBN 134173)
 4  Assistant United States Attorney
         1300 United States Courthouse
 5       312 North Spring Street
         Los Angeles, California 90012
 6       Telephone: (213) 894-4465
         Facsimile: (213) 894-6436
 7       Email: william.crowfoot@usdoj.gov

 8  Attorneys for Plaintiff
    United States of America
```

FILED
CLERK, U.S. DISTRICT COURT
SEP 2 3 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3 ✓
Scan Only

LODGED
CLERK, U.S. DISTRICT COURT
SEP 2 3 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    )  No. CR 99-470-PA
                             )
         Plaintiff,          )  [PROPOSED] ORDER
                             )
    v.                       )
                             )
ARIE DURRANI                 )
                             )
         Defendant.          )
                             )
                             )
_____)
```

Upon motion of the United States of America, the Court HEREBY DISMISSES with prejudice the above-captioned indictment.

DATED: September 23, 2005

_____
THE HON. PERCY ANDERSON
United States District Judge

Presented by:

_____
WILLIAM A. CROWFOOT
Assistant United States Attorney

cc: PSA
    USPO
    USM

ENTER ON CMS
SEP 2 6 2005

Release Order Issued
D 6270

27