**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ARIF A . DURRANI | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-0609 (CKK) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, <u>et al.</u>, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

<u>MOTION FOR ENLARGEMENT OF TIME</u>

Pursuant to Fed. R. Civ. P. 6(b)(1), defendants U.S. Department of Justice, U.S.

Department of State, and U.S. Department of Homeland Security, move this Court for an

enlargement of the time, to August 11, 2008, in which to oppose plaintiff's motion for summary

judgment. R. 19.  August 11, 2008, is the date set by this Court for the filing of defendants'

motion for summary judgment in this case. *See* R. 18.  Plaintiff is a prisoner and has, therefore,

not been consulted concerning this motion.  Defendants make this first request for an extension

of the due date for defendant's opposition for the following reason:

By scheduling order of July 10, 2008 [R. 18], this Court directed that defendants' motion

for summary judgment be filed on August 11, 2008, with plaintiff's opposition and cross motion

due on September 29, 2008, and defendants' reply due on September 29, 2008.

On July 14, 2008, plaintiff filed a motion for summary judgment and asserted that the

Court order "the release of all the documents requested by him." *Id*. at p. 2.  Plaintiff did not

provide a statement of material facts.  Plaintiff simply referenced a letter from the U.S. Customs

& Border Protection, U.S. Department of Homeland Security concerning his ability to enter the

United States and provided a copy of an order of the U.S. District Court for the Central District

of California, dismissing a criminal case against him.

Presently, it is unclear to which FOIA defendant plaintiff directs his dispositive motion.

Until defendants are able to complete their review of  plaintiff's FOIA requests and provide

supporting documentation, it is impossible to determine what records, plaintiff is referencing in

his motion.  Accordingly, it is respectfully requested that defendants be permitted to respond to

plaintiff's dispositive motion on the due date of their motion(s) for summary judgment, *i.e.*,

August 11, 2008.  A proposed order is attached.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____/s/_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

<u>CERTIFICATE OF SERVICE</u>

I hereby certify a copy of the foregoing has been served by First-Class Mail, postage

prepaid to:

> ARIF A . DURRANI, *pro se*
> Reg. No. 09027-014
> Federal Correctional Complex
> Victorville I
> P.O. Box 5300
> Adelanto, CA 92301-5300

on this _____22nd_____ day of July 2008.

<div style="margin-left: 45%;">

_____/s/_____

CLAIRE WHITAKER
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

</div>

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ARIF A . DURRANI                      )
                                                 )
                                               )
             Plaintiff,            )
                                               )
                 v.                 )     Civil Action No. 08-0609 (CKK)
                                               )
U.S. DEPARTMENT OF JUSTICE, et al.,    )
                                             )
             Defendants.        )
                                             )
_____)

ORDER

On consideration of defendants' motion for enlargement of time, any opposition thereto,

and for good cause shown, it is _____ day of _____, 2008

ORDERED, that said motion is granted.  Defendants shall have to and including August

11, 2008, to file their response to plaintiff's motion for summary judgment. R. 19.

                                         _____
                                         UNITED STATES DISTRICT JUDGE

Copies to:

CLAIRE WHITAKER
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530

ARIF A . DURRANI, *pro se*
Reg. No. 09027-014
Federal Correctional Complex
Victorville I
P.O. Box 5300
Adelanto, CA 92301-5300