# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ARIF A . DURRANI )
)
)
Plaintiff, )
)
v. )    Civil Action No. 08-0609 (CKK)
)
U.S. DEPARTMENT OF JUSTICE, <u>et al.</u>, )
)
Defendants. )
)
_____ )

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), defendants U.S. Department of Justice, U.S.

Department of State, and U.S. Department of Homeland Security, move this Court for an

enlargement of the time, to September 11, 2008, to file their motion for summary judgment and

opposition to plaintiff's motion for summary judgment in this Freedom of Information Act case.

Plaintiff is a prisoner and has, therefore, not been consulted concerning this motion.   Presently,

defendants' motion and opposition are due August 11, 2008.[1]  This request is made for the

following reasons:

All three defendants have experienced delays in the processing of records and the

preparation of Vaughn Indices and/or supporting declarations.  The Department of Homeland

Security's Immigration and Customs Enforcement ("ICE") determined that one of the FOIA

---

[1]  This motion was prepared and served on plaintiff on August 5, 2008.  However, it was apparently not filed on the ECF filing system on August 5, 2008, as it does not appear on the docket for that day.  Accordingly, defendant is filing this motion on August 7, 2008, two calendar days before the due date.  Although the Court's standing order in this case does not specifically contain a four-day rule for motions to extend of time, undersigned counsel is mindful of this requirement in other cases and apologies for any inconvenience this may have caused the Court.

requests at issue in this matter (FOIA 2008-FOIA-871) received by ICE, was referred to Citizen

and Immigration Services ("CIS") by memorandum dated January 7, 2008, and processed by

CIS.  However, after further review by ICE during the pendency of this proceeding, it was

determined that ICE should have originally processed that request as well.  Accordingly, ICE

immediately conducted a search for potentially responsive records and located approximately

350-400 pages of records. Those records were received on August 4, 2008, by the ICE office that

will be processing them.  Accordingly, a delay in the processing of records by and preparation of

a declaration and Vaughan index by ICE has been encountered.  It is expected that the process

will be completed and a dispositive motion prepared by September 11, 2008.

     The Departments of Justice and State have also encountered delays. The Department of

Justice is re-reviewing previously released records and has conducted an additional search for

civil as well as criminal records as plaintiff's case involved an extradition proceedings as well.

In this process, the U.S. Attorney's Office for the Southern District of California has again been

contacted concerning any other possible locations of records pertaining to plaintiff.  The

Department of State has also experienced delays as differing internal case processing numbers

among the defendants have resulted in the State Department's only recently having learned that

certain referrals to the State Department of documents found by other agencies, in fact, arose out

of FOIA requests to those agencies that are at issue in this litigation.  The additional time is

needed so that these departments may insure that all records to plaintiff's FOIA request(s) in this

case have been located and processed before preparing Vaughn Indices and/or declarations in

support of defendants' dispositive motion.

     For the foregoing reasons, defendants respectfully request an extension of the time to file

their dispositive motion and opposition to plaintiff's motion for summary judgment be extended

to and including September 11, 2008. A proposed order is attached.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____/s/_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing has been served by First-Class Mail, postage

prepaid to:

> ARIF A . DURRANI, *pro se*
> Reg. No. 09027-014
> Federal Correctional Complex
> Victorville I
> P.O. Box 5300
> Adelanto, CA 92301-5300

on this _____5th_____ day of August 2008 (and re-served with the addition of footnote #1 on
8/7/08).

> _____/s/_____
> CLAIRE WHITAKER
> Assistant United States Attorney
> United States Attorney's Office
> Civil Division
> 555 4th Street, N.W., Room E-4204
> Washington, D.C. 20530
> (202) 514-7137