Arif A. Durrani
Reg. No. 09027-014
Federal Correctional Complex
Victorville I
P.O. Box 5300
Adelanto, CA 92301-5300

**RECEIVED**

AUG 0 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

ARIF A. DURRANI,                              No. 08-CV-00609(CKK)

       Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE, et al.,

       Defendants.


MOTION FOR CLARIFICATION OF DOCUMENTS SOUGHT

      Arif A. Durrani, Plaintiff, hereby submits this motion to clarify the documents sought from the defendants in his request for summary judgment. They were listed in the original complaint as follows:

> U.S. Department of State: FOIA 200602972
> U.S. Department of Justice: FOIA 07-2423 (Appeal No. 08-363)
> U.S. Department of Homeland Security: 07FOIA53208 (Appeal DHS 08-034), 2008FOIA1044 and 2008FOIA871

      The U.S. Department of State, covers 3 documents. They have also been referred by the U.S. Department of Justice, for review and release under 07-3837. See Exhibit 1. The U.S. Department of Justice, covers 23 documents, See Exhibit 2. and the U.S.

Department of Homeland Security covers unknown docments. See Exhibit 3.

These documents involve criminally prosecutorial misconduct by AUSA William P. Cole and AUSA William A. Crowfoot. These documents were concealed from the courts and the Plaintiff during the course of judicial proceedings in the district courts and the Ninth Circuit Court of Appeals. The concealment of these documents enabled the two government attorneys to manipulate the judicial decision making processes of the courts. These documents were created to arrest and extradite the Plaintiff based on the bogus indictment CR99-470-PA. The two documents submitted to the court confirm the claim. The Plaintiff has prevailed and was innocent of the charges for which he was brought by the government. The disclosure is essential to establish the arrest and extradition was not for any other purpose for which the bogus indictment was used, and that, it was not used to to fabricate yet another bogus indictment. The Plaintiff was unlawfully held on pretext of the first bogus indictment CR99-470-PA to achieve this objective. See, Aguilera v. F.B.I., 941 F. Supp. 144 (D.D.C. 1996). A complaint filed by the Plaintiff to the Ninth Circuit Court of Appeals, was referred to the Executive Offices of the U.S. Department of Justice. See Exhibit 4. They forwarded the request to release of the 23 and possibly

- 2 -

additional documents that may have been concealed by the government attorneys.

CONCLUSION

For the forgoing reasons, the Plaintiff requests the Court to grant the summary judgment and order the defendants to provide the documents requested. The Plaintiff has already uncovered criminally prosecutable misconduct by the government attorneys. The withholding of these documents is a futile attempt to cover up misconduct. It is uncontroverted by the mere existence of these documents the government attorneys have been unethical and made untruthful statements to the courts. They have caused false documents to be fabricated to cover up their unlawful conduct. The continued delay will cause irreparable harm to the Plaintiff.

Respectfully submitted, on this 31st day of July, 2008.

Arif A. Durrani
Plaintiff

//

AFFIDAVIT OF MAILING

Arif A. Durrani, hereby attests that pursuant to the rules of the U.S. District Court, the preceding motion was enclosed in an envelope, first class postage prepaid and addressed to:

Ms. Nancy Mayer-Wittington
Office of the Clerk
U.S. District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2866

AUSA Claire M. Whitaker
U.S. Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530

It is further attested that the envelope were deposited with the mail room at the Federal Correctional Complex, in compliance with the prisoner legal mail box rules pursuant to 28 U.S.C. §1746, certification on the 31st, day of July, 2008.


Arif A. Durrani

//

EXHIBIT 1



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information & Privacy Staff*
*600 E Street, N.W., Suite 7300, Bicentennial Building*
*Washington, DC 20530-0001*
*(202) 616-6757   FAX: 616-6478   (www.usdoj.gov/usao)*

Requester:  Arif Durrani                                    Request Number:  07-3837
Subject of Request:  Self (Specific Records)

Dear Requester:                                                                  FEB

     Your request for records under the Freedom of Information Act/Privacy Act has been processed. This letter constitutes a reply from the Executive Office for United States Attorneys, the official record-keeper for all records located in this office and the various United States Attorneys' Offices.

     To provide you the greatest degree of access authorized by the Freedom of Information Act and the Privacy Act, we have considered your request in light of the provisions of both statutes.

     The records you seek are located in a Privacy Act system of records that, in accordance with regulations promulgated by the Attorney General, is exempt from the access provisions of the Privacy Act. 28 CFR § 16.81. We have also processed your request under the Freedom of Information Act and are making all records required to be released, or considered appropriate for release as a matter of discretion, available to you. This letter is a [X] partial [   ] full denial.

     Enclosed please find:

_____ page(s) are being released in full (RIF);
___4____ page(s) are being released in part (RIP);
_____ page(s) are withheld in full (WIF). **The redacted/withheld documents were reviewed to determine if any information could be segregated for release.**

     The exemption(s) cited for withholding records or portions of records are marked below. An enclosure to this letter explains the exemptions in more detail.

<u>Section 552</u>                                                          <u>Section 552a</u>

| | | | | |
|---|---|---|---|---|
| [   ] (b)(1) | [   ] (b)(4) | [   ] (b)(7)(B) | | [ X ] (j)(2) |
| [   ] (b)(2) | [   ] (b)(5) | [ X] (b)(7)(C) | | [   ] (k)(2) |
| [   ] (b)(3) | [   ] (b)(6) | [   ] (b)(7)(D) | | [   ] (k)(5) |
| _____ | [   ] (b)(7)(A) | [   ] (b)(7)(E) | | [   ] _____ |
| _____ | | [   ] (b)(7)(F) | | |

     [   ] In addition, this office is withholding grand jury material which is retained in the District.

(Page 1 of 2)

Form No. 021- no fee - 3/07

[   ]   A review of the material revealed:

[ X ]____3_____ page(s) originated with another government component. **These records were found in the U.S. Attorney's Office files and may or may not be responsive to your request.** These records will be referred to the following component(s) listed for review and direct response to you:___State Department_____

[   ]   There are public records which may be obtained from the clerk of the court or this office, upon specific request. If you wish to obtain a copy of these records, you must submit a new request. These records will be provided to you subject to copying fees.

[   ]   Please note that your original letter was split into separate files ("requests"), for processing purposes, based on the nature of what you sought. Each file was given a separate Request Number (listed below), for which you will receive a separate response:

_____

[   ]   See additional information attached.

This is the final action on this above-numbered request. You may appeal this decision on this request by writing within 60 days from the date of this letter to the **Office of Information and Privacy, United States Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C. 20530-0001.** Both the letter and envelope should be marked "FOIA Appeal." If you are dissatisfied with the results of any such administrative appeal, judicial review may thereafter be available in U.S. District Court, 28 C.F.R. § 16.9.

Sincerely,

*Karen M. Finnegan for*

William G. Stewart II
Assistant Director

Enclosure(s)

EXHIBIT 2



**U.S. Department of Justice**

Office of Information and Privacy

_____

*Telephone: (202) 514-3642*                     *Washington, D.C. 20530*

**APR 1 7 2008**

Mr. Arif A. Durrani
Register No. 09027-014
Federal Correctional Institution          Re:   Appeal No. 08-0363
Post Office Box 5300                             Request No. 07-2423
Adelanto, CA  92301                              ADW:CL:PED

Dear Mr. Durrani:

      This responds to your letters dated March 4 and March 10, 2008, which I am interpreting as requests that I reconsider my decision on your appeal from the action of the Executive Office for United States Attorneys on your request for access to records pertaining to yourself. I also note your comments regarding judicial review and your request that this Office forward your "complaint under 28 U.S.C. § 535(b)" to the "appropriate head" of the Department of Justice.

      After carefully considering this matter, I have determined that my original decision, as outlined by letter dated February 26, 2008, was appropriate.

      In response to your comments about judicial review, please be advised that to obtain judicial review under the Freedom of Information Act, you must file a lawsuit in a United States District Court. The proper district court in which to file this lawsuit would be in the district where you reside, have your principal place of business, where the agency records are located, or in the District of Columbia. See 5 U.S.C. § 552(a)(4)(B). For your convenience, I have enclosed this section of the FOIA.

      Regarding your 28 U.S.C. § 535(b) comments, please note that the principal administrative function of the Office of Information and Privacy is the adjudication of appeals from the denial of access to information pursuant to the FOIA and Privacy Act of 1974 by components of the Department of Justice. Because your comments do not pertain to a FOIA matter, this Office does not have the authority to act on your request. Furthermore, any person asserting government misconduct must produce "clear evidence"; "bare suspicion" and allegations are insufficient. NARA v. Favish, 541 U.S. 157, 172 - 175 (2004).

                                   Sincerely,

                                   Janice Galli McLeod
                                   Associate Director

                                   By: *Anne D Work*

                                   Anne D. Work
                                   Deputy Chief
                                   Administrative Appeals Staff

Enclosure

EXHIBIT 3

Arif A. Durrani
Reg. No. 09027-014
Federal Correctional Complex
Victorville I
P.O. Box 5300
Adelanto, CA 92301-5300

June 16, 2008

Miguel Unzutea
Office of Investigations
U.S. Department of Homeland Security
185 West F. Street, Suite 600
San Diego, CA 92101

Reference: Docket No. 1746-LAB/USCA 06-50344/07FOIA53208

Dear Agent Unzueta:

On November 15, 2005, you submitted your certification for documents from my A file No. A21-763-558, through the AUSA William P. Cole, to the U.S. District Court on November 18, 2005, in the above referenced case. At the same time, you were concealing my naturalization records and the records of the unlawful extradition for the fraudulent indictment CR99-470-PA, in my T file T021763558, to willfully, intentionally, knowingly, with malice, to violate my constitutionally protected rights.

The documents reveal you caused fraudulent investigation reports to be fabricated by Brian Bucaro and Clark Settles. You conspired with other agents to commit perjury before the grand jury and the district court. Obviously, this was done upon instructions of AUSA Cole. It prompted the U.S. Distrct Court judge, to blatantly be untruthful to me, the jury and deny that a T file existed. It contained these documents and evidence of your, other ICE agents and the two AUSA's Cole and Crowfoot's criminally prosecutable misconduct. AUSA Cole, Dave Pinchetti, you, and the other ICE agents corrupted the court process and caused the district court to erroneously make its decisions based on the false statements made to the court. This appears to be a pattern with ICE agents considering that the grand jury was not even spared from your agents perjury in the Central district when you obtained the fraudulent indictment CR99-470-PA. You used it as a precursor and to conceal the unlawful extradition and arrest in Mexico on June 12, 2005. You further publicly made false press statements.

As requested in my May 27, 2008, letter to you, I expect you to forward all the documents including the raw notes from which you manufactured the false investigation reports to your Inspector General's office. These false investigation reports were given to my attorney by AUSA Cole, in response to my discovery request and as ordered by the district court. These are now discoverable as FOIA exemptions do not apply for criminally prosecutable misconduct by the agency. The Inspector General, U.S. Department of Homeland Security, can determine the extent of your deception and manufacture of fraudulent documents from your raw notes to conceal your unlawful conduct, and release them publicly and take appropriate steps to correct the record.

I am also still waiting for the records and documents requested from you stated in the June 14, 2005, letters issued by Luis M. Alvarez, which were part of my original request that you denied under 07FOIA53208, Appeal No. DHS2008-034. You need to comply with the C.F.R. for timely response to these requests.

Your prompt response and processing of my requests will be greatly appreciated.

Sincerely,


Arif A. Durrani

cc: Ms. Molly Dwyer, Clerk, U.S. Court of Appeals
    Case No. 06-50344 and 08-50007
    U.S. District Judge, Honorable Larry Alan Burns
    AUSA William P. Cole
    Ms. Katherine R. Gallo, Office of the Inspector
    General, U.S. Department of Homeland Security
    Public Integrity Section, U.S. Dept. of Justice
    Inspector General, U.S. Dept. of Justice

AAD:ar



*Office of Investigations*

**U.S. Department of Homeland Security**
185 West F Street, Suite 600
San Diego, California 92101

**U.S. Immigration
and Customs
Enforcement**

SEP 2 8 2007

Arif Durrani
Reg. No. 09027-014
FCI – Victorville I
P.O. Box 5300
Adelanto, California 92301

Re:  **FOIA FP&F 06-031**
      **07-FOIA-53208**

Dear Mr. Durrani:

This responds to your September 11, 2006, Freedom of Information Act (FOIA) requests to the
U.S. Customs and Border Protection (CBP), for all documents regarding the seizure of two jet
engines at Camp Pendleton, California.  In particular you request a copy of all documents generated
between CBP, and any other offices and agencies within the government of the United States, and
any offices and agencies within the government of Mexico.  You also request the full and complete
names of all individuals involved in, and copies of all photographs taken of, an incident involving
you at the LAX Airport on June 15, 2005.

To provide you with the greatest degree of access authorized by law, we have considered your
request under both the FOIA, 5 U.S.C. § 552, and the Privacy Act, 5 U.S.C. § 552a. Information
about an individual that is maintained in a Privacy Act system of records may be accessed by that
individual[1] unless the agency has exempted the system of records from the access provisions of the
Privacy Act.[2]  Our system of records is the Investigations Record System.

In response to that part of your request regarding the seizure of two jet engines at Camp Pendleton,
California, and documents generated between CBP and other U.S. government agencies and
Mexican government agencies, we are withholding all records responsive to your request in their
entirety pursuant to exemption 7(A) of the FOIA, Title 5 U.S.C. § 552 (b)(7)(A).

**FOIA Exemption 7(A)** protects from disclosure records or information compiled for law
enforcement purposes, the release of which could reasonably be expected to interfere with
enforcement proceedings.  Our office has determined that the information you are seeking relates to
an ongoing criminal law enforcement investigation.  Therefore, our office is withholding all records,
documents, and/or other material, which if disclosed prior to completion, could reasonably be
expected to interfere with law enforcement proceedings and final agency actions related to those
proceedings.  Please be advised that once all pending matters are resolved and FOIA Exemption

---

[1] 5 U.S.C. § 552a(d)(1).
[2] 5 U.S.C. §§ 552a(d)(5), (j), and (k).

Arif Durrani
Page 2

7(A) is no longer applicable, there may be other exemptions which could protect certain information from disclosure, such as FOIA Exemptions (2), 7(C), 7(D), and 7(E).

In response to that part of your request regarding the incident at LAX Airport on June 15, 2005, we are referring your request to the Office of the Special Agent in Charge, Los Angeles, U.S. Immigration and Customs Enforcement, located at 501 West Ocean Boulevard, Long Beach, California 90802. If any records exist, you should be receiving a direct response from that office.

You have a right to appeal the above withholding determination. Should you wish to do so, you must send your appeal and a copy of this letter, within 60 days of the date of this letter, to: Associate General Counsel (General Law), U.S. Department of Homeland Security, Washington, D.C. 20528, following the procedures outlined in the DHS regulations at 6 C.F.R. § 5.9. Your envelope and letter should be marked "FOIA Appeal." Copies of the FOIA and DHS regulations are available at www.dhs.gov/foia. Provisions of the FOIA allow us to recover part of the cost of complying with your request. In this instance, because the cost is below the $14 minimum, there is no charge.

If you need to contact our office again about this matter, please refer to **07-FOIA-53208**. This office can be reached at 619-744-4600.

In addition, in response to your letters dated October 3, 2006, November 2, 2006, and February 8, 2007, regarding Circuit Rule 30-3 (Prisoner Appeals Without Representation by Counsel) of the Ninth Circuit Court of Appeals, please be advised that such requests for documents are to be made to the clerk of the district court.

In response to your letter to CBP dated September 12, 2006, and received by this office on October 23, 2006, seeking records relating to the return of J85-21B Engines and Accessories pursuant to U.S.C.S. §983(3)(B), we are referring your request to the Fines, Penalties, and Forfeitures Office, San Francisco (CBP), another DHS component, for processing and direct response to you. You may contact that office in writing at: U.S. Customs and Border Protection, Office of Fines, Penalties, and Forfeitures, 555 Battery Street, San Francisco, California 94111.

You also addressed a letter to the U.S. Department of Homeland Security dated December 7, 2006, requesting a copy of a petition filed, assigned, and/or granted July 26, 1986. Upon review of that request, our office has determined that this is a matter under the purview of the U.S. Citizenship and Immigrations Services agency, another DHS component; therefore, since you have made your reqeust to that CIS, you should wait for a response from that agency.

Sincerely,

Fon    Miguel Unzueta
Special Agent in Charge, Investigations



U.S. Department of Homeland Security
Office of the Special Agent in Charge
501 West Ocean Boulevard, Suite 7200
Long Beach, California  90802

**U.S. Immigration
and Customs
Enforcement**

September 26, 2007

Arif Durrani  #09027-014
FCI – Victorville I
P.O. Box 5300
Adelanto, California 92301

Re: **2007 FOIA 53208**

Dear Mr. Durrani:

This is the final response to your Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), dated September 11, 2006. Your request was transferred to this office by the Office of the Special Agent in Charge, San Diego, on September 14, 2007. You will receive separate notice from San Diego regarding any records in that office responsive to your request. You are seeking all documents, correspondence, notes relating to you which may be found in our files.

To provide you with the greatest degree of access authorized by law, we have considered your request under both the FOIA, 5 U.S.C. § 552, and the Privacy Act, 5 U.S.C. § 552a. Information about an individual that is maintained in a Privacy Act system of records may be accessed by that individual[1] unless the agency has exempted the system of records from the access provisions of the Privacy Act.[2]

A search of our Investigative Records has been performed for documents responsive to your request, however we are withholding all records in their entirety pursuant to Title 5 U.S.C. § 552 (b)(7)(A).

**FOIA Exemption 7(A)** protects from disclosure records or information compiled for law enforcement purposes, the release of which could reasonably be expected to interfere with enforcement proceedings. I have determined that the information you are seeking relates to an ongoing criminal law enforcement investigation. Therefore, I am withholding all records, documents, and/or other material, which if disclosed prior to completion, could reasonably be expected to interfere with law enforcement proceedings and final agency actions related to those proceedings. Please be advised that once all pending matters are resolved and FOIA Exemption 7(A) is no longer applicable, there may be other exemptions which could protect certain information from disclosure, such as FOIA Exemptions (2), 7(C), 7(D), and 7(E).

You have a right to appeal the above withholding determination. Should you wish to do so, you must send your appeal and a copy of this letter, within 60 days of the date of this letter, to:

---

[1] 5 U.S.C. § 552a(d)(1).
[2] 5 U.S.C. §§ 552a(d)(5), (j), and (k).

Associate General Counsel (General Law), U.S. Department of Homeland Security, Washington, D.C. 20528, following the procedures outlined in the DHS regulations at 6 C.F.R. § 5.9. Your envelope and letter should be marked "FOIA Appeal." Copies of the FOIA and DHS regulations are available at www.dhs.gov/foia.

If you need to contact our office again about this matter, please refer to **2007 FOIA 53208**. This office can be reached at (562) 624-3990.

Sincerely,

Robert A. Schoch
Special Agent in Charge, Los Angeles

www.ice.gov

# EXHIBIT 4



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Office of the Director*

---

*Main Justice Building, Room 2244A*          *(202) 514-2121*
*950 Pennsylvania Avenue, N. W.*
*Washington, D.C. 20530*

### JUL 17 2008

Mr. Arif A. Durrani
Reg. No. 09027-014
Federal Correctional Complex
Victorville I
P.O. Box 5300
Adelanto, CA 92301-5300

Dear Mr. Durrani:

Your letter to Ms. Molly Dwyer, Clerk of the Court for the Ninth Circuit Court of
Appeals, dated June 2, 2008, has been forward to the Freedom of Information and Privacy Staff
of the Executive Office for United States Attorneys for response. Although your letter requests
records from the Assistant United States Attorney on the case, William P. Cole (S/CA), it
appears that you have concerns with the conduct of Assistant United States Attorney Cole noting
that Mr. Cole "concealed from the courts" certain records. If you believe that attorney
misconduct has occurred, you should address your complaint to the Justice Department's Office
of Professional Responsibility at the following address:

> H. Marshall Jarrett, Counsel
> Office of Professional Responsibility
> 950 Pennsylvania Avenue, N.W., Suite 3266
> Washington, DC 20530

We hope this information will be helpful to you.

Sincerely,

Kenneth E. Melson
Director