Arif A. Durrani
Reg. No. 09027-014
Federal Correctional Complex
Victorville I
P.O. Box 5300
Adelanto, CA 92301-5300

**RECEIVED**

AUG 1 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

ARIF A. DURRANI,                    No. 08-CV-0609(CKK)

    Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE, et al.,

    Defendant.

## MOTION FOR VAUGHN INDEX

Arif A. Durrani, Plaintiff, hereby submits this motion to request the district court for an order to compel the defendants to immediately provide a Vaughn Index of the withheld documents. Plaintiff, is being prejudiced and harmed by the continued delay and unwarranted extensions being requested. The documents are identified, they are in specific files of the agencies denying them. These documents constitute criminally prosecutable misconduct by the government attorneys AUSA William P. Cole, CAS and AUSA William A. Crowfoot, CAC. The Plaintiff has the companion documents to make his allegation of misconduct. The request is to prevent miscarriage of justice. The Plaintiff seeks expeditious release of the Vaughn Index of these documents. The time is the essence to prevent harm.

It is respectfully requested the district court order the defendants to provide the Vaughn Index of the documents without any further delay. The U.S. Department of Justice, does not condone misconduct by its attorneys, and particularly their unlawful acts. The FOIA exemptions were never meant to shield government employees.

Due to the extraordinary circumstances and delay, and for the forgoing reasons, the Plaintiff requests the district court to order disclosure. It will help narrow the disclosure to specific documents which constitute this misconduct. The disclosure will correct the attorneys untruthful statements to the courts. Aguilera v. F.B.I., 941 F.Supp. 144 (D.D.C. 1996).

Respectfully submitted, on this 12th day of August 2008.

Arif A. Durrani

Plaintiff

//

AFFIDAVIT OF MAILING

Arif A. Durrani, hereby attests that pursuant to the rules of the U.S. District Court, the preceding motion was enclosed in envelopes, first class postage prepaid and addressed to:

Ms. Nancy Mayer-Wittington
Office of the Clerk
U.S. District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2866

AUSA Claire M. Whitaker
U.S. Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530

It is further attested that the envelope were deposited with the mail room at the Federal Correctional Complex, in compliance with the prisoner legal mail box rules pursuant to 28 U.S.C. §1746, certification on the 12th day of August, 2008.

Arif A. Durrani

//